No. 6,360.—JOHN E. WHITCOMB, RESPONDENT, *v.* JANE E. AND MARTHA BEYERLEIN, APPELLANTS.

*Appeal from District Court, Lewis and Clark County, in the First Judicial District; William L. Ford, Judge of the Fourteenth District, presiding.*

Decided: June 28, 1928.

PER CURIAM.—The respondent's motion to dismiss the appeal herein is sustained and the appeal ordered dismissed.

*Mr. Wellington D. Rankin, Mr. Arthur P. Acher* and *Mr. Frank W. Mettler,* for Appellants.

*Mr. J. Miller Smith, Mr. Paul W. Smith* and *Mr. David R. Smith,* for Respondent.